## Commonwealth *v.* Benjamin, Appellant.

Argued

March 18, 1970. *Samuel W. Salus, II,* Public Defender, for appellant; *Paul W. Tressler,* Assistant District Attorney, with him *Stewart J. Greenleaf,* Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.